IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| F.C. BLOXOM COMPANY, INC., a Washington corporation; BOTSFORD & GOODFELLOW, INC., an Oregon corporation; LIPMAN-PORTLAND LLC, a Florida corporation,<br>Plaintiffs,<br>v.<br><br>HALLIS PRODUCE, INC., a Washington corporation; and ANDREW C. HALLIS, an individual, and ANDREW C. HALLIS and JANE DOE HALLIS, and the marital community composed thereof,<br>Defendants,<br>v.<br><br>JOHN KENNY & ASSOCIATES, PLLC,<br><br>Garnishee Defendant | Civil Case<br><br>Case No. MC15-5037BHS<br><br>ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT |

THIS MATTER is before the Court upon the Plaintiffs Application for Writ of Garnishment. The Plaintiff has submitted an Application for Writ of Garnishment (the "Application") to the Clerk of the Court pursuant to applicable rules and a showing that it hold a judgment Case No. 15-5425, Dkt No. 45, entered on September 21, 2015) against the Defendants and that, on information and belief, the named Garnishee Defendant either hold personal property of the Defendants or otherwise is indebted to one or more of the named Defendants. It is appropriate under the circumstances to approve the Application and for the Clerk of the Court to issue the requested Writ of Garnishment; wherefore, it is hereby

ORDERED, that the Application is approved and the Clerk of the Court is directed to issue a Writ of Garnishment.

Order on Application for Writ of Garnishment - 1

United States District Court

By: _____
US DISTRICT JUDGE

Order on Application for Writ of Garnishment - 2

1
2  Presented by:
3  /s/ Grant E. Courtney
4  Grant E. Courtney
   Attorneys for Plaintiffs
5  WSBA #16248
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Order on Application for Writ of Garnishment - 3