1  Grant E. Courtney
   Law Office of Grant E. Courtney
2  5000 NE North Tolo Road
   Bainbridge Island, WA  98110
3  (206) 660-2059 (telephone)
   (206) 842-1642 (facsimile)
4  courtneylaw@comcast.net

5

6                IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
7                          AT TACOMA

8  F.C. BLOXOM COMPANY, INC., a          )
   Washington corporation; BOTSFORD &    )   Civil Action
   GOODFELLOW, an Oregon corporation; and )
9  LIPMAN-PORTLAND, LLC, a Florida       )   Case No. MC15-5037BHS
   corporation                           )
10                                        )
                Plaintiff,                )          JUDGMENT AND ORDER TO
                                          )   PAY
11                                        )
          v.                              )
12 HALLIS PRODUCE, INC., a Washington     )
   corporation; and ANDREW C. HALLIS, an  )
13 individual, and ANDREW C. HALLIS and   )
   JANE DOE HALLIS, and the marital       )
14 community composed thereof;            )
                Defendant/Judgment Debtors )
15       v.                               )
   JOHN KENEY & ASSOCIATES, PLLC          )
16          Garnishee Defendant           )
                                          )
17                                        )
   _____

18

19      THIS MATTER, having come before the Court upon the , the Plaintiffs, F.C. Bloxom Co.,

20 a Washington corporation, Botsford & Goodfellow, Inc., an Oregon corporation, and Lipman-

21 Produce LLC, a Florida corporation, and by and through their attorney of record, and  pursuant to

22 RCW 6.27.050(1)(a), RCW 6.27.265, and RCW 6.27.270 and FRCP 64, seeking the entry of a

23 judgment against Garnishee Defendant John Kenney & Associates, PLLC, in the amount of the

24 non-exempt funds or other personal property of the Defendants/Judgment Debtors in the possession

25
   Judgment and Order to Pay - 1                        Grant E. Courtney
                                                         Law Offices of Grant E. Courtney
                                                         5000 NE North Tolo Road
                                                         Bainbridge Island, WA  98110
                                                         (206) 660-2059 (telephone)
                                                         (206) 842-1642 (facsimile)
                                                         courtneylaw@comcast.net

1   of the Garnishee Defendant John Kenney & Associates., PLLC, at the time of the issuance of the

2   Writ of Garnishment and, for entry of an order directing payment of such non-exempt funds or

3   personal property to the Plaintiffs' attorney.

### JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditors: | F.C. Bloxom Co., Botsford & Goodfellow, Inc., and Lipman-Portland, LLC |
| Garnishment Judgment Debtor: | John Kenney & Associates, PLLC |
| Garnishment Judgment Amount: | $355,314.97 |
| Costs to Garnishment Judgment Debtor: | $20.00 (previously paid at time of service) |
| Costs Judgment Amount: | $375.95 |

Judgment to bear interest at the rate of 18% per annum

| | |
|---|---|
| Attorney for Judgment Creditor: | Law Office of Grant E. Courtney<br>Grant E. Courtney<br>5000 NE North Tolo Road<br>Bainbridge Island, WA 98110 |

### ORDER

IT APPEARING THAT the Garnishee Defendant was indebted to the Defendants/Judgment

Debtors in the non-exempt amount of $355,314.97 or otherwise held funds or other personal

property in that amount; that at the time the writ of garnishment was issued Garnishee Defendant

had in its possession or control funds, personal property, or effect of the Defendants/Judgment

Debtors; and that Plaintiff has incurred recoverable costs and attorney fees, in addition to the

judgment amount, of $375.95; the Court finding that service of the Writ of Garnishment was proper;

and that the Judgment Creditor is entitled to entry of a judgment and order as requested; now,

therefore, it is hereby,

Judgment and Order to Pay - 2

Grant E. Courtney
Law Offices of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtnerylaw@comcast.net

**ORDERED, ADJUDGED AND DECREED;**

1.      That the Plaintiffs are awarded judgment against the Garnishee Defendant in the amount of $355,314.97;

2.      That Plaintiffs are awarded judgment against the Defendant/Judgment Debtor in the amount of $375.95 for recoverable costs (such amount is in addition to any amounts previously awarded to Plaintiff as against Defendants/Judgment Debtors));

3.      That the Garnishee Defendant John Kenney & Associates, PLLC, shall, upon entry of this Order, pay its judgment amount to Plaintiffs' attorney; and, if any payment is received by the Clerk of the Court, the Clerk shall forthwith disburse such payment to Plaintiffs' attorney;

4.      That upon payment of the judgment amount to Plaintiffs' attorney, Garnishee Defendant shall be discharged.  Garnishee Defendant is advised that failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DONE IN OPEN COURT, this __16__ day of October, 2015

_____
United States District Court Judge

Presented by:
Law Office of Grant E. Courtney
By: /s/Grant E. Courtney
WSBA No. 16248
5000 NE North Tolo Road
Bainbridge Island, WA  98110
(206) 660-2059

Judgment and Order to Pay - 3

Grant E. Courtney
Law Offices of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA  98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtnerylaw@comcast.net